UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAKE J. RUFFINO,<br>        *Plaintiff*,<br><br>            v.<br><br>ROLLIN COOK, et al,<br>        *Defendants*. | No. 3:21-cv-311 (VAB) |

**ORDER**

Jake J. Ruffino ("Plaintiff"), filed this Complaint *pro se* under 42 U.S.C. § 1983. He was granted leave to proceed *in forma pauperis* in this case. Order, ECF No. 8 (Mar. 18, 2021). Thus, the filing fee that he was required to pay over time is $350.00 rather than $402.00. Mr. Ruffino altered the Prisoner Authorization Form to reflect a filing fee of $400.00, instead of $350.00. The Court only became aware of the error when the filing fee forwarded by the Department of Correction was deposited into the court account.

Accordingly, the Clerk is directed to refund $50.00 to Mr. Ruffino. In addition, Mr. Ruffino is directed to file a correct Prisoner Authorization Form indicating that the filing fee he was required to pay is $350.00. The Clerk is respectfully directed to send Mr. Ruffino a Prisoner Authorization Form with this Order.

**SO ORDERED** at Bridgeport, Connecticut, this 1st day of February, 2022.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE